# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-12777-ELF

NAKIA DANRIDGE
TERRELL SKEETERS
5903 North Camac Street

Philadelphia, PA 19141

    Debtor

**CERTIFICATE OF SERVICE**

    **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

    **Debtor(s), at the address listed, by first class mail.**
        NAKIA DANRIDGE
        TERRELL SKEETERS
        5903 North Camac Street

        Philadelphia, PA 19141

    **Counsel for debtor(s), by electronic notice only.**
        DAVID OFFEN ESQUIRE
        CURTIS CENTER - SUITE 160 WEST
        601 WALNUT STREET
        PHILA, PA 19106-

    **Counsel for the United States Trustee, by electronic notice only.**
        Office of the U.S. Trustee
        Eastern District of Pennsylvania
        833 Chestnut Street, Suite 500
        Philadelphia, PA  19107

                                            /s/ William C. Miller

Date: 7/19/2016

                                            _____
                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee