United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nakia Danridge  
Terrell Skeeters  
      Debtors

Case No. 16-12777-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Linda      Page 1 of 1      Date Rcvd: Nov 01, 2016  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2016.  
db/jdb      +Nakia Danridge,   Terrell Skeeters,   5903 North Camac Street,   Philadelphia, PA 19141-3225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2016 at the address(es) listed below:

      DAVID M. OFFEN   on behalf of Debtor Nakia Danridge dmo160west@gmail.com, davidoffenecf@gmail.com  
      DAVID M. OFFEN   on behalf of Joint Debtor Terrell Skeeters dmo160west@gmail.com, davidoffenecf@gmail.com  
      HOWARD GERSHMAN   on behalf of Creditor Transit Workers Federal Credit Union hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net  
      JOSEPH JASPER SWARTZ   on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us  
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com

      TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Nakia Danridge and Terrell Skeeters | | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 16-12777 |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Pstc Red Arrow Emp Fcu;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $11,388.00 plus 6% for a total amount of $13,348.16 Amount of Claim has been filed in your name by David M. Offen, Esquire Filer of Claim on 10/31/16 Date Claim Filed.

Dated: 11/1/16

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Linda M. LoBosco
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)