IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| NAKIA R. DANRIDGE | : | |
|     & | : | |
| TERRELL SKEETERS, | : | |
| | : | DOCKET NO.: 16 -12777-ELF |
|        DEBTORS | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
|        MOVANT | : | |
| | : | |
| v. | : | |
| | : | |
| NAKIA R. DANRIDGE | : | |
|     & | : | |
| TERRELL SKEETERS, | : | |
| | : | RELATED TO DOCKET NO.: 25 |
|        RESPONDENTS | : | |

WITHDRAWAL OF THE PENNSYLVANIA DEPARTMENT OF REVENUE'S
OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

    NOW COMES, the Commonwealth of Pennsylvania, Department of Revenue ("Department"), by and through its Office of Chief Counsel, and withdraws its Objections to Debtor's Chapter 13 Plan. The Debtor has now cured the Department's objections by filing its First Amended Chapter 13 Plan, docketed at No. 25, on November 21, 2016.

Date:  November 23, 2016                         Respectfully submitted by,

                                                  By:   /s/ Joseph J. Swartz, Counsel
                                                             PA Department of Revenue
                                                             Office of Chief Counsel
                                                             P.O. Box 281061
                                                             Harrisburg, PA 17128-1061
                                                              PA Attorney I.D.:  309233
                                                               Phone: (717) 346-4645
                                                              Facsimile: (717) 772-1459
                                                              Email: JoseSwartz@pa.gov