IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| NAKIA R. DANRIDGE | : | |
| & | : | |
| TERRELL SKEETERS, | : | |
| | : | DOCKET NO.: 16 -12777-ELF |
| DEBTORS | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | |
| | : | |
| v. | : | |
| | : | |
| NAKIA R. DANRIDGE | : | |
| & | : | |
| TERRELL SKEETERS, | : | |
| | : | RELATED TO DOCKET NO.: <u>48</u> |
| RESPONDENTS | : | |

CERTIFICATE OF SERVICE FOR WITHDRAWAL OF
THE PENNSYLVANIA DEPARTMENT OF REVENUE'S
OBJECTION TO DEBTORS' PROPOSED CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Withdrawal of Objection to Debtors' Chapter 13 Plan, on the parties at the below addresses, on November 23, 2016, by:

**16-12777-ELF Notice will be electronically mailed to:**

Howard Gershman at hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

Joshua Isaac Goldman at bkgroup@kmllawgroup.com

William C. Miller at ecfemails@ph13trustee.com, philaecf@gmail.com

David M. Offen at dmo160west@gmail.com, davidoffenecf@gmail.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us,
RA-occbankruptcy6@state.pa.us

United States Trustee at ustpregion03.PH.ECF@usdoj.gov

**16-12777-ELF Notice will not be electronically mailed to:**

Capital One Auto Finance
P.O. Box 201347
Arlington, TX  76006


EXECUTED ON:  November 28, 2016

                                      Respectfully submitted by,


                      By:    /s/ Joseph J. Swartz
                            Counsel
                            PA Department of Revenue
                            Office of Chief Counsel
                            P.O. Box 281061
                            Harrisburg, PA 17128-1061
                            PA Attorney I.D.:  309233
                            Phone: (717) 346-4645
                            Facsimile: (717) 772-1459
                            JoseSwartz@pa.gov