United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-12777-elf
Nakia Danridge                                                            Chapter 13
Terrell Skeeters
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1          Date Rcvd: Jan 13, 2017
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2017.
db             +Nakia Danridge,    5903 North Camac Street,    Philadelphia, PA 19141-3225
               +SEPTA,   Attn: Payroll Controller,    1234 Market Street,    Philadelphia, PA 19107-3780

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Nakia  Danridge dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Joint Debtor Terrell  Skeeters dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              HOWARD   GERSHMAN    on behalf of Creditor    Transit Workers Federal Credit Union
               hg229ecf@gmail.com,    229ecf@glpoc.comcastbiz.net
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Nakia Danridge | : | Case No. 16-12777- elf |
| xxx-xx-7796 |  |  |
| Terrell Skeeters |  |  |
| xxx-xx-8170 |  |  |
| Debtors |  |  |

### AMENDED ORDER DIRECTING EMPLOYER OF NAKIA DANRIDGE TO MAKE WAGE DEDUCTION FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTOR'S EMPLOYER:

The future earnings of debtor, Nakia Danridge, is subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of Nakia Danridge shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

$131.25 EVERY WEEK.

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

DATED: 1/13/17

HONORABLE ERIC L. FRANK
CHIEF UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:
William C. Miller, Trustee
P.O. Box 1799
Memphis, TN  38101-1799

Payroll Controller
SEPTA
1234 Market Street
Philadelphia, PA 19107

David M. Offen Esq.

Suite 160 West, Curtis Ctr.
Philadelphia, PA 19106
(215) 625-9600