# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Nakia Danridge aka Nakia R. Danridge aka Nakia Danrige aka Nakia R. Dandridge<br>Terrell Skeeters<br>Debtors | Chapter 13 |
| Midfirst Bank<br>Movant<br>vs. | NO. 16-12777 ELF |
| Nakia Danridge aka Nakia R. Danridge aka Nakia Danrige aka Nakia R. Dandridge<br>Terrell Skeeters<br>Debtors | |
| William C. Miller, Esq.<br>Trustee | |

## **ORDER**

AND NOW, this 31st day of July, 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on November 14, 2016 it is **ORDERED** that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 is modified as to the premises 5903 North Camac Street, Philadelphia, PA 19141, so as to allow MidFirst Bank, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage and to pursue its *in rem* State Court remedies, which may include continuation or commencement of mortgage foreclosure proceedings against the mortgaged premises, and the execution of judgment and Sheriff's Sale of the premises, among other remedies.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**