United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-12777-elf
Nakia Danridge                                                        Chapter 13
Terrell Skeeters
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: John              Page 1 of 1            Date Rcvd: Jul 31, 2017
                             Form ID: pdf900         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2017.
db/jdb        +Nakia Danridge,    Terrell Skeeters,    5903 North Camac Street,    Philadelphia, PA 19141-3225
13757748      +MIDFIRST BANK,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Aug 01 2017 01:49:34     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2017 01:48:48
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 01 2017 01:49:18     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 01 2017 01:53:17
                Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
                                                                                               TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             US BANK NATIONAL ASSOCIATION AS TRUSTEE ON BEHALF
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2017 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Nakia  Danridge dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Joint Debtor Terrell  Skeeters dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              HOWARD  GERSHMAN    on behalf of Creditor    Transit Workers Federal Credit Union
               hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Nakia Danridge aka Nakia R. Danridge aka Nakia Danrige aka Nakia R. Dandridge Terrell Skeeters<br>　　　　　Debtors | Chapter 13 |
| Midfirst Bank<br>　　　　　Movant<br>　　vs.<br>Nakia Danridge aka Nakia R. Danridge aka Nakia Danrige aka Nakia R. Dandridge Terrell Skeeters<br>　　　　　Debtors<br>William C. Miller, Esq.<br>　　　　　Trustee | NO. 16-12777 ELF |

**ORDER**

AND NOW, this 31st day of July, 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on November 14, 2016 it is **ORDERED** that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 is modified as to the premises 5903 North Camac Street, Philadelphia, PA 19141, so as to allow MidFirst Bank, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage and to pursue its *in rem* State Court remedies, which may include continuation or commencement of mortgage foreclosure proceedings against the mortgaged premises, and the execution of judgment and Sheriff's Sale of the premises, among other remedies.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**