IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


|  |  |  |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| Nakia Danridge and | : |  |
| Terrell Skeeters | : | No.: 16-12777-ELF |
| Debtors | : |  |


O  R  D  E  R


AND NOW, this        day of                , 2019, it is

hereby Ordered that the Wage Order in effect in the above

captioned matter be TERMINATED.



_____ 1/16/20
HONORABLE ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE



cc:

William C. Miller, Trustee

David M. Offen, Esquire

Nakia Danridge and
Terrell Skeeters

PAYROLL CONTROLLER
Tech Data
1 Technology Drive
Swedesboro, NJ 08085