United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-12777-elf
Nakia Danridge                                                        Chapter 13
Terrell Skeeters
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 1            Date Rcvd: Jan 16, 2020
                            Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
db/jdb       +Nakia Danridge,   Terrell Skeeters,   5903 North Camac Street,   Philadelphia, PA 19141-3225
             +Tech Data,   attn: Payroll controller,   1 Technology Drive,   Swedesboro, NJ 08085-1721
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 17 2020 03:44:34      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Nakia  Danridge dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Joint Debtor Terrell  Skeeters dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              HOWARD  GERSHMAN    on behalf of Creditor    Transit Workers Federal Credit Union
               hg229ecf@gmail.com,  229ecf@glpoc.comcastbiz.net
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 10

```
              IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


       IN RE                  :     CHAPTER 13
   Nakia Danridge and         :
   Terrell Skeeters           :     No.: 16-12777-ELF
       Debtors                :
```

O R D E R

AND NOW, this          day of               , 2019, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____ 1/16/20
HONORABLE ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE


cc:

William C. Miller, Trustee

David M. Offen, Esquire

Nakia Danridge and
Terrell Skeeters

PAYROLL CONTROLLER
Tech Data
1 Technology Drive
Swedesboro, NJ 08085