**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
NAKIA DANRIDGE  
TERRELL SKEETERS

Chapter 13

           **Debtor**             **Bankruptcy No.** 16-12777-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: April 1, 2020

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
DAVID OFFEN ESQUIRE  
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:  
NAKIA DANRIDGE  
TERRELL SKEETERS  
5903 NORTH CAMAC STREET

PHILADELPHIA, PA 19141