United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 16-12777-elf
Nakia Danridge                                                                          Chapter 13
Terrell Skeeters
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 3              Date Rcvd: Apr 01, 2020
                              Form ID: pdf900           Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
```
db/jdb        +Nakia Danridge,    Terrell Skeeters,    5903 North Camac Street,    Philadelphia, PA 19141-3225
cr            +Gulf Harbour Investments Corporation c/o Specializ,    .,    8742 Lucent Blvd, Suite 300,
               Highlands Rnach, CO 80129-2386
13712240      +Adjudication Program,    P.O. Box 2014,    Washington, DC 20013-2014
13724954     +++Capital One Auto Finance,    c/o AIS Portfolio Services, LP,    4515 N. Santa Fe Ave. Dept APS,
               Oklahoma City, OK 73118-7901
13712246      +Chrysler Capital,    Po Box 961275,    Fort Worth, TX 76161-0275
13721052      +Chrysler Capital,    P.O BOX 961278,    Fort Worth, TX 76161-0278
13712248       City of Philadelphia,    Code Violation Enforcement,    P.O. Box 56318,
               Philadelphia, PA 19130-6318
13712247      +City of Philadelphia,    Department of Finance,    PO Box 56318,    Philadelphia, PA 19130-6318
13712251       City of Philadelphia Law Dept.,    1401 J.F.K. Blvd, 5th Floor,    Philadelphia, PA 19102
13712252      +City of Takoma Park,    P.O. Box 10579,    Rockville, MD 20849-0579
13712253       Commonwealth of Pennsylvania,    Bureau of Compliance,    Dept. 280948,
               Harrisburg, PA 17128-0948
13712256      +Delaware Dept. of Transportation,    Delaware E-Z Pass Violations Center,    PO Box 697,
               Dover, DE 19903-0697
13712257       Delaware E-Z Pass Violation Center,    P.O. Box 697,    Dover, DE 19903-0697
13712258       EOS CCA,    PO Box 981025,    Boston, MA 02298-1025
13794479      +ETrade Bank,    C/O Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
13712259      #Grimley Financial Corporation,    30 Washington Avenue,    Suite C-6,
               Haddonfield, NJ 08033-3341
13712262       LWD Benefit Payment Control,    P.O. Box 650,    Trenton, NJ 08646-0650
13757748      +MIDFIRST BANK,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13712263      +Maryland Transportation Authority,    PO Box 17600,    Baltimore, MD 21297-1600
13712264      +Midland Mortgage Co.,    P.O. Box 268806,    Oklahoma City, OK 73126-8806
13712265      +NJ E-ZPass,    Violations Processng Center,    PO Box 4971,    Trenton, NJ 08650-4971
13712266      +PA Turnpike Toll by Plate,    8000C Derry Street,    Harrisburg, PA 17111-5200
13712269      +PGW,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13712268      +Pennsylvania Turnnpike Commission,    Violation Processing Center,    8000 C Derry Street,
               Harrisburg, PA 17111-5287
13712270      +Philadelphia Fire Department,    Lockbox 9437,    PO Box 8500,    Philadelphia, PA 19178-8500
13712271       Philadelphia Parking Authority,    Red Light Camera Program,    PO Box 597,
               Baltimore, MD 21203-0597
13712273       Progressive,    PO Box 7247-0311,    Philadelphia, PA 19170-0311
13712274      +Pstc Red Arrow Emp Fcu,    1402 Bywood Ave,    Upper Darby, PA 19082-3720
13712277       Quality Asset Recovery, LLC,    P.O. Box 239,    Gibbsboro, NJ 08026-0239
13712278       Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
13712280       Retention Center,    P.O. Box 13718,    Philadelphia, PA 19101-3718
14263726      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
13712282      +St. Christopher Pediatric Assoc.,    Executive Plaza IV,    11350 McCormick Road  Suite 600,
               Hunt Valley, MD 21031-1002
13712283       St. Christopher's Pediatrict Associates,    PO Box 828699,    Philadelphia, PA 19182-8699
13712284      +Sunrise Credit Service,    234 Airport Plaza Blvd S,    Farmingdale, NY 11735-3938
13712285       Temple University Hospital,    Attn: TUH Cashier,    Broad & Ontario Street,
               Philadelphia, PA 19140
13712941      +Transit Workers Federal Credit Union,    919 East Cayuga Street,    Philadelphia, PA 19124-3817
13713551      +Transit Workers Federal Credit Union,    c/o HOWARD GERSHMAN,    Gershman Law Offices, PC,
               610 York Road, Suite 200,    Jenkintown, PA 19046-2867
13712286      +Tworkers Fcu,    919 E Cayuga St,    Philadelphia, PA 19124-3817
13724361      +U.S. Bank National Association,    c/o MidFirst Bank,    999 NorthWest Grand Boulevard,
               Oklahoma City, OK 73118-6051
13733695       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
13712289      +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
13712290       Verizon,    PO Box 1548,    Lynnwood, WA 98046-1548
13712272       philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Apr 02 2020 04:42:25      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 02 2020 04:42:15      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 02 2020 04:49:03
               Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
cr             E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 02 2020 04:48:54
               Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,    Houston, TX  77210-4360
13789569      +E-mail/Text: g20956@att.com Apr 02 2020 04:42:31     AT&T Mobility II LLC,
               %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
               BEDMINSTER, NJ. 07921-2693
```

```
District/off: 0313-2           User: Stacey                Page 2 of 3                  Date Rcvd: Apr 01, 2020
                               Form ID: pdf900             Total Noticed: 67
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13712241       E-mail/Text: tropiann@einstein.edu Apr 02 2020 04:41:55      Albert Einstein Medical Ctr.,
                 P.O. Box 785371,    Philadelphia, PA 19178-5371
13764733       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 02 2020 05:42:12
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
13712242       E-mail/Text: g20956@att.com Apr 02 2020 04:42:31      At&T Mobility,    PO Box 537104,
                 Atlanta, GA 30353-7104
13712244       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 02 2020 05:09:09
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
13799048       E-mail/Text: megan.harper@phila.gov Apr 02 2020 04:42:25      City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13712243      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 02 2020 04:49:05      Capital One Auto Finan,
                 3901 Dallas Pkwy,    Plano, TX 75093-7864
13724224       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 02 2020 04:47:37
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13712250      +E-mail/Text: bankruptcy@philapark.org Apr 02 2020 04:42:36      City of Philadelphia,
                 Parking Violations Branch,    P.O. Box 41818,    Philadelphia, PA 19101-1818
13712249      +E-mail/Text: bankruptcy@philapark.org Apr 02 2020 04:42:36      City of Philadelphia,
                 Parking Violations Branch,    P.O. Box 41819,    Philadelphia, PA 19101-1819
13712254       E-mail/Text: convergent@ebn.phinsolutions.com Apr 02 2020 04:42:14
                 Convergent Outsourcing, Inc.,    PO Box 9004,    Renton, WA 98057-9004
13712255      +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 02 2020 04:42:37      Credit Coll,
                 Po Box 9134,    Needham, MA 02494-9134
13712260       E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 02 2020 04:41:48      Internal Revenue Service,
                 Attn: Special Procedures,    6th and Arch Streets,    Philadelphia, PA 19106
13712267      +E-mail/Text: bankruptcygroup@peco-energy.com Apr 02 2020 04:41:49      PECO,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13739069      +E-mail/Text: bankruptcygroup@peco-energy.com Apr 02 2020 04:41:49      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13746472       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 02 2020 04:42:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
13712279       E-mail/Text: Supportservices@receivablesperformance.com Apr 02 2020 04:42:34
                 Receivable Performance Management LLC,    PO Box 1548,    Lynnwood, WA 98046-1548
13712281      +E-mail/Text: bankruptcy@sw-credit.com Apr 02 2020 04:42:08      Southwest Credit Syste,
                 4120 International Pkwy,    Carrollton, TX 75007-1958
13712291       E-mail/Text: megan.harper@phila.gov Apr 02 2020 04:42:25      Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                               TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             US BANK NATIONAL ASSOCIATION AS TRUSTEE ON BEHALF
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13732311*     +++Capital One Auto Finance,    c/o AIS Portfolio Services, LP,    4515 N. Santa Fe Ave. Dept APS,
                 Oklahoma City, OK 73118-7901
13712275*     +Pstc Red Arrow Emp Fcu,    1402 Bywood Ave,    Upper Darby, PA 19082-3720
13712276*     +Pstc Red Arrow Emp Fcu,    1402 Bywood Ave,    Upper Darby, PA 19082-3720
13712287*     +Tworkers Fcu,    919 E Cayuga St,    Philadelphia, PA 19124-3817
13712288*     +Tworkers Fcu,    919 E Cayuga St,    Philadelphia, PA 19124-3817
13712245      ##+Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13712261      ##+Interstate Credit and Collection Inc.,    21 West Fornance St.,    Suite 200,
                 Norristown, PA 19401-3300
                                                                                              TOTALS: 1, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Stacey              Page 3 of 3                  Date Rcvd: Apr 01, 2020
                              Form ID: pdf900           Total Noticed: 67
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2020 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Nakia  Danridge dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          DAVID M. OFFEN    on behalf of Joint Debtor Terrell   Skeeters dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          HOWARD   GERSHMAN    on behalf of Creditor    Transit Workers Federal Credit Union
           hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
          JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 10
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
NAKIA DANRIDGE  
TERRELL SKEETERS

Chapter 13

Debtor

Bankruptcy No. 16-12777-ELF

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: April 1, 2020

Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
DAVID OFFEN ESQUIRE  
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:  
NAKIA DANRIDGE  
TERRELL SKEETERS  
5903 NORTH CAMAC STREET

PHILADELPHIA, PA 19141