IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Nakia Danridge | : | |
| and Terrell Skeeters | : | No.  16-12777-ELF |
| Debtors | : | |

## CERTIFICATION OF NO RESPONSE TO
## MOTION TO RETURN FUNDS

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Return Funds and respectfully request that the Order attached to the Motion be approved.

Dated: 03/04/2021

/s/  David M. Offen
Attorney for Debtor
Suite 160 West, Curtis Ctr.
601 Walnut Street
Philadelphia, PA  19106
215-625-9600