```
             IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

   IN RE:                    :        CHAPTER 13
                             :
   Nakia Danridge            :        No.  16-12777-ELF
   Terrell Skeeters          :
      Debtors                :
```

**ORDER**

AND NOW, this __17th__ day upon __March_____, 2021, upon consideration of the Motion for Return of Funds, it is hereby **ORDERED** that the Motion is **GRANTED** and that the Clerk shall disburse the funds in the amount of $6,306.31 previously deposited with the court by the Chapter 13 Trustee to Debtors Nakia Danridge and Terrell Skeeters by payment payable to the Debtors and sent to their home address of record.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**