United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-12777-elf |
| Nakia Danridge | Chapter 13 |
| Terrell Skeeters | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 17, 2021 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nakia Danridge, Terrell Skeeters, 5903 North Camac Street, Philadelphia, PA 19141-3225 |
| cr | + | Gulf Harbour Investments Corporation c/o Specializ, ., 8742 Lucent Blvd, Suite 300, Highlands Rnach, CO 80129-2386 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@americaninfosource.com | Mar 18 2021 03:05:23 | Capital One Auto Finance, P.O. Box 201347, Arlington, TX 76006-1347 |
| cr | Email/PDF: acg.acg.ebn@americaninfosource.com | Mar 18 2021 02:53:14 | Capital One Auto Finance c/o AIS Portfolio Service, P.O. BOX 4360, Houston, TX 77210-4360 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | US BANK NATIONAL ASSOCIATION AS TRUSTEE ON BEHALF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2021            Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2021 at the address(es) listed below:

**Name**             **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 17, 2021 | Form ID: pdf900 | Total Noticed: 4 |

DAVID M. OFFEN
on behalf of Debtor Nakia Danridge dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
on behalf of Joint Debtor Terrell Skeeters dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

HOWARD GERSHMAN
on behalf of Creditor Transit Workers Federal Credit Union hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net

JOSEPH JASPER SWARTZ
on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us

JOSHUA I. GOLDMAN
on behalf of Creditor MIDFIRST BANK Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

MATTEO SAMUEL WEINER
on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

THOMAS I. PULEO
on behalf of Creditor MIDFIRST BANK tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| Nakia Danridge | : | No.  16-12777-ELF |
| Terrell Skeeters | : | |
| Debtors | : | |

### ORDER

AND NOW, this  17th   day upon   March        , 2021, upon consideration of the Motion for Return of Funds, it is hereby **ORDERED** that the Motion is **GRANTED** and that the Clerk shall disburse the funds in the amount of $6,306.31 previously deposited with the court by the Chapter 13 Trustee to Debtors Nakia Danridge and Terrell Skeeters by payment payable to the Debtors and sent to their home address of record.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**